No. 77–6191.  WILLIAMS *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 77–6211.  McNAIR *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 77–6226.  LUNA *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 77–6234.  PEREZ *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 77–6255.  YOUNG *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 77–6265.  THOMPSON *v.* FLORIDA; and SURACE *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 77–6280.  DAVIS *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 77–6296.  CHAPMAN *v.* INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 77–6297.  BURR *v.* INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 77–6299.  PLEMONS *v.* ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 77–6301.  WILLIAMS *v.* OHIO ET AL.  C. A. 6th Cir. Certiorari denied.

No. 77–6305.  TRICE *v.* KENTUCKY.  Ct. App. Ky.  Certiorari denied.

No. 77–6310.  KEELING *v.* TEXAS.  Ct. Crim. App. Tex. Certiorari denied.